IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| YOLANDE ZEITOUN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-423-KI |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

Alan R. Unkeles
1865 NW 169th Place, No. 121
Beaverton, Oregon 97006

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902

Page 1 - JUDGMENT

David R. Johnson
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

    Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for further proceedings.

    Dated this ____18th_____ day of March, 2008.

        /s/ Garr M. King
        Garr M. King
        United States District Judge