FILED'08 MAY 19 13:14USDC-ORP

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

YOLANDE ZEITOUN,                                      CV NO. 3: 07-423-KI
                    Plaintiff,

                                        ORDER AWARDING FEES AND
                                        EXPENSES UNDER THE EQUAL
                                        ACCESS TO JUSTICE ACT 28 U.S.C.
                                        § 2412(d)
vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
                    Defendant.

Upon Plaintiff's motion for an award of attorneys fees and expenses under

28 U.S.C. § 2412 and the defendant's response of no objection to the motion,

IT IS HEREBY ORDERED that attorney fees of $4,980 are awarded to

Plaintiff and payable to her attorney, Alan R. Unkeles.

Dated ___ day of April 2008.

_____
District Court Judge

Presented by: s/ Alan R. Unkeles
              Alan R. Unkeles OSB 77-377
              Plaintiff's Attorney