Alan R. Unkeles, OSB #77-377
sue.unkelaw@verizon.net
1865 NW 169th Place #121
Beaverton, OR 97006
503-531-5370  503-531-3944 (fax)
Attorney for Yolande Zeitoun

FILED
AUG 14 2009

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| YOLANDE ZEITOUN<br>    Plaintiff,<br>v.<br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br>    Defendant. | Case No. 07-CV-423-KI<br><br>ORDER ALLOWING ATTORNEY FEES<br>UNDER 42 U.S.C. § 406(b). |

IT IS HEREBY ORDERED that attorney fees of $26,861 are allowed under 42 U.S.C. § 406(b). The Court earlier awarded $9,460 under the Equal Access to Justice Act, 28 U.S.C. § 2412. Credit for the EAJA fee payment reduces the amount of the allowed fee to $17,401. The payer under this order shall send payment of $17,401 to Plaintiff's attorney at his current address shown above less any user fee.

Dated this 13 day of August, 2009

/s/ [signature]
United States District Judge

Presented by: /s/ Alan R. Unkeles OSB # 77-377
Attorney for Plaintiff, Yolande Zeitoun
(503) 531-5370

PAGE 1 of 2 ORDER ALLOWING ATTORNEY FEES UNDER 42 U.S.C. § 406(b).